UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THEODORE CAMERON MCAVOY,

       Plaintiff,

Case No. 2:09-cv-10122
Hon. Patrick J. Duggan
Mag. Virginia M. Morgan

vs.

STERIS CORPORATION,

       Defendant.

_____/

## STIPULATION AND ORDER OF DISMISSAL

At a session of said Court
held in the United States District Court
Eastern District of Michigan, Southern Division
on: January 18, 2011.

PRESENT: PATRICK J. DUGGAN
United States District Judge

    Pursuant to the below-referenced stipulation of the Parties, and the Court being otherwise advised in the premises;

    IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE and WITHOUT COSTS to either party.

    IT IS SO ORDERED.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: January 18, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 18, 2011, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

## STIPULATION

Plaintiff Theodore Cameron McAvoy and Defendant STERIS Corporation, through their respective undersigned counsel, herein stipulate and agree that, a settlement having been reached in which neither party admits liability and which is entirely satisfactory to both parties, the foregoing Order dismissing Plaintiff's claims against STERIS with prejudice and without costs may be entered by the Court.

| | |
|---|---|
| /s Matthew L. Turner (w/consent) | s/Brian M. Ziff |
| Matthew L. Turner (P48706) | Daniel J. Scully, Jr. (P36530) |
| Turner & Turner PC | Brian M. Ziff (P58124) |
| 26000 West 12 Mile Road | Cynthia M. Filipovich (P53173) |
| Southfield, Michigan 48304 | Clark Hill PLC |
| (248) 355-1727 | 500 Woodward Avenue, Suite 3500 |
| Co-Counsel for Plaintiff | Detroit, Michigan 48226-3435 |
| | (313) 965-8300 |
| Michael S. Daoudi (P53261) | Attorneys for Defendant STERIS Corporation |
| Law Offices of Michael S. Daoudi, P.C. | |
| 26711 Northwestern Hwy., Suite 200 | |
| Southfield, Michigan 48033 | Date: January 17, 2011 |
| (248) 352-0800 | |
| Co-Counsel for Plaintiff | |

Date: January 17, 2011